# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00617-CV

**In re Stephan Ricks**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Stephan Ricks filed a petition for writ of mandamus directed to an administrative hearing officer. However, we may issue writs of mandamus only against a district judge or county judge sitting in our district, or to enforce our jurisdiction, none of which are implicated here. *See* Tex. Const. art. V, § 6; Tex. Gov't Code § 22.221(b); *see also In re G.B.*, 2008 Tex. App. LEXIS 3017, at *1 (Tex. App.—Houston [1st Dist.] Apr. 23, 2008, orig. proceeding) (mem. op.) (dismissing for want of jurisdiction relator's mandamus petition directed to administrative hearing officer).

The petition for writ of mandamus is dismissed for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

 

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Filed:   September 15, 2016